■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH R. BENFANTE, on Behalf of THOMAS CAPACE, Petitioner, v WARDEN OF RIKERS ISLAND DETENTION FACILITY, Respondent. [644 NYS2d 642]

The determination of the Supreme Court, Richmond County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Rosenblatt, J. P., Ritter, Copertino and Florio, JJ., concur.